734 A.2d 1280

COMMONWEALTH of Pennsylvania, Appellant,

v.

William TARR, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Robert Grossi, Franklin, for Com.

Nanette Crews, Grove City, for William Tarr.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Venango County Court of Common Pleas dated November 23, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.